IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| RONALD L. COPPAKEN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:10-cv-00316-GAF |
| | ) | |
| KEYSTONE AUTOMOTIVE | ) | |
| OPERATIONS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT KEYSTONE AUTOMOTIVE OPERATIONS INC.'S
CORPORATE DISCLOSURE STATEMENT
AND CERTIFICATE OF INTEREST**

Pursuant to Local Rule 3.1, and Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Keystone Automotive Operations Inc. ("Keystone") states as follows:

1. Parent companies:

    Keystone Automotive Holdings. Inc. (a Delaware corporation)

    44 Tunkhannock Avenue, Exeter, PA 18643

2. Publicly held companies owning 10% or more of the corporation:

    Bain Capital LLC

    590 Madison Avenue, 42nd Floor, New York, NY 10022

3. Subsidiaries (not wholly-owned) or affiliates that have issued shares to the public:

    None.

KCP-4000202-1
Case 4:10-cv-00316-GAF   Document 2   Filed 04/02/10   Page 1 of 3

Respectfully submitted,

HUSCH BLACKWELL SANDERS LLP

By: */s/ Patrick M. Gavin*
    Robert Tomaso    MO#39870
    Patrick M. Gavin    MO#43696
    Shaun Southworth    MO#62239
    4801 Main Street, Suite 1000
    Kansas City MO 64112
    (816) 983-8000
    (816) 983-8080 (FAX)
    robert.tomaso@huschblackwell.com
    patrick.gavin@huschblackwell.com
    shaun.southworth@huschblackwell.com

ATTORNEYS FOR DEFENDANT
KEYSTONE AUTOMOTIVE OPERATIONS, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the above and foregoing was served by depositing it in the United States mail, this 2nd day of April, 2010, to:

Teresa A. Woody
The Woody Law Firm PC
1621 Baltimore Avenue
Kansas City Missouri 64108

and

Eric W. Smith
Siro Smith Dickson PC
1621 Baltimore Avenue
Kansas City Missouri 64108

**ATTORNEYS FOR PLAINTIFF**

*/s/ Patrick M. Gavin*
An attorney for Defendant Keystone