# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | | |
|---|---|---|
| RONALD L. COPPAKEN, | ) | |
| | ) | |
| Plaintiff/Counter-Defendant, | ) | Case No. 10-00316-CV-W-GAF |
| | ) | |
| v. | ) | |
| | ) | |
| KEYSTONE AUTOMOTIVE | ) | |
| OPERATIONS, INC., | ) | |
| | ) | |
| Defendant/Counter-Claimant. | ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Ronald L. Coppaken and defendant Keystone Automotive Operations, Inc., through their respective counsel, stipulate pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure that any and all claims brought by Plaintiff and any and all counter-claims brought by Keystone Automotive Operations, Inc. are hereby dismissed with prejudice. Each party will bear his or its own costs and attorney's fees.

Respectfully submitted,

_____/s/ Teresa A. Woody_____
Teresa A. Woody #35358
The Woody Law Firm PC
1621 Baltimore Avenue
Kansas City, MO 64108
teresa@teresawoodylawfirm.com

_____/s/ Eric W. Smith_____
Eric W. Smith #47108
Siro Smith Dickson PC
1621 Baltimore Avenue
Kansas City, MO 64108
esmith@sirosmithdickson.com

*Counsel for Plaintiff Ronald L. Coppaken*

*-and-*

HUSCH BLACKWELL LLP


/s/ Robert J. Tomaso
Mark T. Benedict        MO#44621
Robert J. Tomaso        MO#39780
Patrick M. Gavin        MO#43696
4801 Main Street, Suite 1000
Kansas City MO 64112
(816) 983-8000
(816) 983-8080 (FAX)
mark.benedict@huschblackwell.com
bob.tomaso@huschblackwell.com
patrick.gavin@huschblackwell.com

*Counsel for Defendant Keystone Automotive Operations, Inc.*